IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHRISTOPHER HUNTER,

      Appellant,

 v.                                  Case No. 5D15-773

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed April 1, 2016

3.850 Appeal from the Circuit
Court for Seminole County,
Donna L. McIntosh, Judge.

Deana K. Marshall, of Law Office of Deana
K. Marshall, Riverview, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, Marjorie Vincent-Tripp and L.
Charlene Matthews, Assistant Attorneys
General, Daytona Beach, for Appellee.

PER CURIAM.

As the State properly concedes, the order summarily denying Appellant's Florida
Rule of Criminal Procedure 3.850 motion does not include record attachments
conclusively refuting Appellant's claim that wiretap orders were never signed. Upon
remand, the trial court shall attach the correct records or address the claim on the merits.
Fla. R. Crim. P. 3.850(f)(4). In all other respects, the order on appeal is affirmed.

      AFFIRMED IN PART; REVERSED IN PART AND REMANDED.

ORFINGER, TORPY and EDWARDS, JJ., concur.